# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 19-68-BLG-TJC |
|---|---|
| 1619 E. MAIN STREET, LAUREL, MONTANA | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this _4___ day of September 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1